# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ANTONIO FRANKLIN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV415-128 |
| ) | |
| OFFICER CHRISTOPHER TUCKER, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Antonio Johnson has failed to comply with the Court's June 29, 2015 deadline for paying the filing fee in this case. Doc. 4 at 2 (Order denying plaintiff leave to proceed *in forma pauperis*, requiring payment of the filing fee, and warning of dismissal should he fail to comply). *See* L.R. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *see also Castro v. Director, FDIC*, 449 F. App'x 786, 788 (11th Cir. 2011) (district courts may require advance payment of filing fees). No lesser

sanction would suffice since plaintiff refuses to comply with Court orders.

**SO REPORTED AND RECOMMENDED,** this 16th day of July, 2015.

                                                        **UNITED STATES MAGISTRATE JUDGE**
                                                       **SOUTHERN DISTRICT OF GEORGIA**